```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

HEATHER WOLTERS,

        Plaintiff,

  - against -

IQVIA, INC.,

        Defendant.

------------------------------------------------

25-cv-3648 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference in connection with the defendant's motion for a more definite statement on **Thursday, May 29, 2025, at 11:30 a.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:  New York, New York  
       May 9, 2025

                                          */s/ John G. Koeltl*  
                                          John G. Koeltl  
                                United States District Judge