```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**HEATHER WOLTERS,**

            **Plaintiff,**

    - against –

**IQVIA, INC.,**

            **Defendant.**

**25-cv-3648 (JGK)**

**ORDER**

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

In accordance with the parties' agreement, the plaintiff should file a complaint by **June 11, 2025.** The defendant should answer or otherwise respond to the complaint by **July 11, 2025.** An initial conference has already been set for **August 6, 2025, at 2:30 p.m.** Dial-in: 646 453 4442, with Conference ID 675 278 33#. See May 6, 2025 Minute Entry.

The defendant's motion for a more definite statement is **denied** without prejudice because it is moot. The pre-motion conference scheduled for **May 29, 2025,** is **canceled.**

The Clerk is respectfully requested to close ECF Nos. 5 and 8.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 9, 2025**

                                         /s/ John G. Koeltl
                                          **John G. Koeltl**
                                **United States District Judge**