UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEATHER WOLTERS,

                Plaintiff,        25-cv-3648 (JGK)

    - against -            ORDER

IQVIA, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 28, 2025.

SO ORDERED.

Dated:    New York, New York
         July 14, 2025

                                                      John G. Koeltl
                                         United States District Judge