# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006
Office. 646.964.1178
Fax. 212.473.8705
Megan@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

August 5, 2025

**VIA ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

> *The conference scheduled for 8/6/25 is cancelled.*
>
> *So ordered.*
> *Jon G Koeltl*
> *8/6/25 USDJ*

**Re:** ***Heather Wolters v. IQVIA, Inc.***
**Case No.: 1:25-cv-03648**

Dear Judge John Koeltl:

The undersigned represents Plaintiff Heather Wolters ("Plaintiff") in the above-referenced matter. Plaintiff writes with Defendant's consent to respectfully request an adjournment of August 6, 2025, telephonic Initial Conference to time and date convenient to this Court.

The adjournment is needed as Plaintiff's counsel will be traveling and out of the office.

This is Plaintiff's first request for an adjournment of the August 6, 2025, telephonic Initial Conference.

We thank the Court for its time and attention to this matter, its consideration of this request and sincerely apologize to this Court for this last-minute request.

Respectfully submitted,

GODDARD LAW PLLC

*/s/ Megan S. Goddard*
By: Megan S. Goddard, Esq.

cc: All counsel [*Via ECF*]